**Paul M. KNIGHT, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 02–7318.**

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 10, 2003.

Before MAYER, Chief Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.